UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Jarred Dean Lind,

          Plaintiff,

                                              ORDER ADOPTING
vs.                              REPORT AND RECOMMENDATION

Erik Skon,

          Defendant.               Civ. No. 08-4378 (PJS/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

That this action is dismissed for failure to comply with this Court's Order of October 7, 2008, and for lack of prosecution.


DATED: December 18, 2008                         s/Patrick J. Schiltz
                                                                 Patrick J. Schiltz
                                                                  United States District Judge